UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
       :
AJAY SURESH,       :
       :    **ORDER**
      Plaintiff,   :
v.       :    24 Civ. 4058 (AKH)
       :
BELLET CONSTRUCTION CO., INC.,       :
       :
      Defendant.   :
       :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 45 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to terminate ECF No. 19, and close the case.

      SO ORDERED.

Dated:    January 31, 2025                    /s/ Alvin K. Hellerstein
          New York, New York              ALVIN K. HELLERSTEIN
                                              United States District Judge